UNITED STATES GOVERNMENT
# MEMORANDUM

|  |  |
|---|---|
| DATE: | June 14, 2007 |
| TO: | The Honorable _____<br>United States District Judge |
| REPLY TO ATTN OF: | Alfred L. Lancaster<br>Senior United States Probation Officer<br>Middle District of Alabama |
| SUBJECT: | SMITH, Julian Jamal<br>Dkt. No.: 05-00066-001<br>**TRANSFER OF JURISDICTION** |

RECEIVED
2007 JUN 15 P 3: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Court Summary:

Julian Jamal Smith was sentenced on April 24, 2006, in the Southern District of Alabama by United States District Judge William H. Steele for possession with intent to distribute cocaine and felon in possession of a firearm. He was ordered to serve 30 months custody, to be followed by a 3 year term of supervised release. In addition to the standard conditions of supervision, Smith was ordered to pay a $200 assessment fee, and participate in a program of testing and treatment for drug and/or alcohol abuse as directed by the Probation Office.

### Supervision Summary:

Smith was released from custody on April 19, 2007, to begin service of his three year term of supervised release. On April 23, 2007, he reported to the probation office and submitted a urine sample which tested positive for marijuana. He advised the probation officer that he smoked marijuana with his "bunk mates" in prison prior to his release. All subsequent drug tests collected from Smith have been negative. Smith has been placed in drug treatment via the Chemical Addictions Program where his progress has been unsatisfactory. He currently resides with his cousin, Wendy Ramsey, at 1103 Devonshire Drive, Montgomery, Alabama. Smith remains unemployed.

### Recommendation:

As Smith has spent the majority of his life in the Middle District of Alabama, and has re-established residence in Montgomery, it is recommended that jurisdiction of his case be transferred to this district. Should the Court concur with this recommendation, please sign part 2 of the attached documents accepting jurisdiction.

Respectfully submitted,

Alfred L. Lancaster
Senior United States Probation Officer

**SMITH, Julian Jamal**
<u>**RE: Request for Transfer of Jurisdiction**</u>                                                                **Memorandum**

**Reviewed and Approved by:**

_[signature]_
David Ron Thweatt
Supervisory United States Probation Officer

**APPROVED:**

_____
**United States District Judge/Date**

**DISAPPROVED:**

_____
**United States District Judge/Date**

**COMMENTS:**_____

_____

_____

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 05-00066-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR MISC NO. 1268 |

RECEIVED
2007 JUN 15
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Julian Jamal Smith 1103 Devonshire Drive Montgomery, AL 36116 | DISTRICT Southern District of Alabama | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE William H. Steele | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/19/2007 — TO 4/18/2010 |

**OFFENSE**
Possession with Intent to Distribute Cocaine
Felon in Possession of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Middle District of Alabama** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/25/07
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date* — *United States District Judge*